# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUNICE MARTINEZ,<br>    Plaintiff,<br><br>    v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., et al.,<br>    Defendants. | Case No. 2:22-cv-00292-AB-MAA<br>[Assigned to Hon. André Birotte Jr.]<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION**<br><br>Complaint Filed:  June 8, 2022<br>FAC Filed:         December 17, 2021<br>Trial Date:           None Set |

Having read and considered the Parties' Joint Stipulation to Voluntarily Dismiss Action, and good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's individual claims are dismissed with prejudice.
2. The class claims are dismissed without prejudice.
3. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: November 21, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE